UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-6093-CR-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

URBALDO CARIDAD DIAZ
Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Motion For Production of Transcripts filed by Darryl Bell (D.E. 40).

By way of summary, Darryl Bell, a prisoner serving a life sentence in a Michigan state prison, seeks permission from the Court to order a copy of the transcript of the plea and sentencing hearings for Urbaldo Diaz and Aramis Arjona. Mr. Bell states that he is "preparing to file a Motion For Relief from Judgment" in the Michigan court arguing a violation of a Michigan "Rule of Leniency." Mr. Bell asserts that his life sentence in Michigan may be subject to review if he can establish that co-conspirator,s sentences were disproportionate and inconsistent[1].

Pursuant to an Order of Reference entered January 25, 2007, the undersigned

---

[1] Apparently Urbaldo Diaz and Aramis Arjona were originally charged as co-defendant's along with Bell in State of Michigan case number 94-cr-80124. The state prosecutions against Diaz and Arjona may have been dismissed as part of some plea agreement or cooperation in the federal prosecutions in the Southern District of Florida. Urbaldo Diaz was prosecuted in federal case number 94-cr-06093-KLR-1 while Aramis Arjona was prosecuted under federal case number 94-cr-00600089-JAG-1.

directed the government and defense counsel for Urbaldo Diaz and Aramis Arjona to file a response to the instant request. Mr. Michael Blacker, represented both Urbaldo Diaz and Aramis Arjona at the time of entry of their guilty plea and sentence. Mr. Blacker elected not to respond to Mr. Bells' request. The government has no opposition to Mr. Bell's request for two reasons. First, the fact that Mr. Diaz cooperated with the government is known to Mr. Bell. Second, it is unlikely that any present federal prosecution would be jeopardized due to the passage of the intervening thirteen years. See Govt. Response at D.E. 44. The government does suggest that in an abundance of caution the transcripts be reviewed by the government and the court prior to their disclosure to Mr. Bell.

A review of the transcript page attached to Mr. Bell's motion reflects that at the time of the plea, defense counsel Blacker was only concerned with disclosure of the fact that Mr. Urbaldo was cooperating. Both Urbaldo and Arjona have fully served the sentences imposed by District Judges Ryskamp and Gonzalez. Since defense counsel has expressed no concern with Mr. Bell's request and the fact that none appears from the face of this record, it is the

**RECOMMENDATION** of the undersigned that the Court authorize the appropriate court reporter, Mr. Rick Greenspan, or any other duly qualified reporter to prepare the plea and sentencing transcripts at Mr. Bell's expense as requested.

**RESPECTFULLY SUBMITTED,** this February 21, 2007, at West Palm Beach, Florida.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable Kenneth L. Ryskamp

Mr. Darryl Bell #138415
Macomb Correctional Facility
34625 - 26 mile Road
New Haven, Michigan, 48048

AUSA Kerry S. Baron