UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-6093-CR-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

UBALDO CARIDAD DIAZ,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Linnea R. Johnson on February 21, 2007.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED.** Defendant Darryl Bell's motion for production of transcripts is **GRANTED.** Court Reporter Rick Greenspan shall prepare the plea and sentencing transcripts at Mr. Bell's expense as requested.

**DONE and ORDERED** in West Palm Beach, this __1__ day of March, 2007.

                                       KENNETH L. RYSKAMP
                                       UNITED STATES DISTRICT JUDGE

cc:    Kerry Baron, AUSA
        Darryl Bell, pro se